**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1569**

In Re:  JOSEPH L. RAINEY,

                    Petitioner.

On Petition for Writ of Mandamus.
(1:11-cv-00699)

Submitted:  September 18, 2012        Decided:  October 5, 2012

Before DAVIS, KEENAN, and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Joseph L. Rainey, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph L. Rainey petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his petition under 28 U.S.C.A. § 2241 (West 2006 & Supp. 2012). He seeks an order from this court directing the district court to act. Our review of the district court's docket sheet reveals that there has been no undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED